IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALICE ASHWORTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 08-0016-CG-M |
| | ) |
| JULIUS ROGER BURNS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case having settled at the conference held before Judge Milling on November 17, 2009, it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE,** with each party to bear his, her or its own costs.  Any party may move for reinstatement within the next fifteen (15) days should settlement not be consummated.

**DONE and ORDERED** this 18th day of November, 2009.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE